IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GIAVANA CARRILLO,<br><br>                Defendant. | 8:18CR177<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 130). The government requests the Court dismiss the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 126) as to defendant Giavana Carrillo. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 130) is granted.

2. The Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 126) is hereby dismissed without prejudice.

Dated this 2nd day of February 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge